UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DRYWALL TAPERS and POINTERS of GREATER NEW YORK LOCAL UNION 1974, affiliated with INTERNATIONAL UNION of ALLIED PAINTERS and ALLIED TRADES, AFL-CIO and TRUSTEES of THE DRYWALL TAPERS and POINTERS LOCAL UNION NO. 1974 BENEFIT FUNDS,<br><br>                      Petitioners,<br><br>                      -v.-<br><br>CCC CUSTOM CARPENTRY CORP,<br><br>                      Respondent. | 23 Civ. 10067 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On November 15, 2023, Petitioners filed a petition to confirm an arbitration award. (Dkt. # 1). Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc.* v. *Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall move for confirmation of the arbitral award in the form of a motion for summary judgment — in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the Southern District of New York — by **April 8, 2024**. Respondent's opposition, if any, is due on **May 6, 2024**. Petitioners' reply, if any, is due **May 20, 2024.**

SO ORDERED.

Dated:  March 7, 2024
          New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge